```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

TERRY MALONE,                      )
                                   )
            Plaintiff,             )        4:08CV3199
                                   )
      v.                           )
                                   )
HUSKER AUTO GROUP INC.,            )           ORDER
a Nebraska Corporation,            )
                                   )
            Defendant.             )
                                   )
```

The court has received a letter from plaintiff's counsel requesting clarification of the due date for filing the parties' Rule 26 planning conference report.

IT IS ORDERED:

Counsel are given until ten days after a ruling on the motion to remand in which to file their Rule 26 planning conference report.

DATED this 29th day of October, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge