IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRY MALONE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3199 |
| | ) | |
| V. | ) | |
| | ) | |
| HUSKER AUTO GROUP, Inc., a | ) | **MEMORANDUM AND ORDER** |
| Nebraska Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the Magistrate Judge's Report and Recommendation (filing 15) recommending that Plaintiff's motion for remand (filing 11) be granted, and that this case be remanded to the District Court of Lancaster County, Nebraska. No objections to the recommendation have been filed.

I have reviewed the Magistrate Judge's Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). I find that the Report and Recommendation should be adopted. Inasmuch as Judge Piester has fully, carefully, and correctly found the facts and applied the law, I need only state that Plaintiff's motion for remand (filing 11) should be granted.

IT IS ORDERED:

1. The Magistrate Judge's Report and Recommendation (filing 15) is adopted;

2. Plaintiff's motion for remand (filing 11) is granted;

3. By separate document, judgment shall be entered remanding this case to

the District Court of Lancaster County, Nebraska.

December 17, 2008.

> BY THE COURT:
> s/*Richard G. Kopf*
> United States District Judge